966

No. 98–452. IN RE GILMAN. Sup. Ct. Cal. Certiorari denied.

No. 98–453. DUNCAN, PERSONALLY AND ON BEHALF OF HER DECEASED CHILD, BABY BOY SCOTT v. CALDERA, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 98–459. WYNEKEN v. SCOTT ET AL. Ct. App. Ind. Certiorari denied.

No. 98–475. DUNLAP v. NATIONAL BANK OF ALASKA. C. A. 9th Cir. Certiorari denied.

No. 98–481. ANDERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–506. MANTELL ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–508. MERRILL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98–513. GAGER ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–516. LIEN ET AL. v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 98–522. DAMICO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–541. WARREN v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 98–547. APPERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–549. KWOK CHING YU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–567. CERRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5081. BILLIOT v. ANDERSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.